RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 10/20/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| AARON WILLIAMS<br>    LA. DOC #253286<br>VS. | CIVIL ACTION NO. 08-2030<br><br>SECTION P<br><br>CHIEF JUDGE JAMES |
| WARDEN SHEVER, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of Magistrate Judge Hayes previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this 20 day of October, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE